No. 84–6621.  JENKINS *v.* OHIO, 472 U. S. 1032;

No. 84–6636.  ROSS *v.* GEORGIA, 472 U. S. 1022;

No. 84–6694.  WILLIAMS ET AL. *v.* GRAND LODGE OF FREE-MASONRY ET AL., 472 U. S. 1023;

No. 84–6696.  SEITU *v.* COUNTISS ET AL., 472 U. S. 1031; and

No. 84–6728.  INGRAM *v.* GEORGIA, *ante,* p. 911.  Petitions for rehearing denied.

No. 83–1842.  GARRETT *v.* UNITED STATES, 471 U. S. 773. Petition for rehearing denied.  JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 84–1811 (A–39).  AFFLERBACH ET AL. *v.* UNITED STATES, 472 U. S. 1029.  Application for suspension of the effect of the order denying certiorari, addressed to JUSTICE BRENNAN and referred to the Court, denied.  Petition for rehearing denied.

AUGUST 29, 1985

No. 83–1234.  ASHLAND OIL, INC., ET AL. *v.* GOOD ET AL. Sup. Ct. Kan.  Certiorari dismissed under this Court's Rule 53.

SEPTEMBER 3, 1985

No. A–181.  DARDEN *v.* WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  Application for stay of execution of sentence of death scheduled for Wednesday, September 4, 1985, presented to JUSTICE POWELL, and by him referred to the Court, denied.

CHIEF JUSTICE BURGER, concurring.

Because this Court has had three prior opportunities to review the issues raised in this application and two opportunities to review applicant's petition for a federal writ of habeas corpus, see *Darden* v. *Florida,* 430 U. S. 704 (1977) (dismissing certiorari as improvidently granted); *Darden* v. *Wainwright,* 467 U. S. 1230 (1984) (denying certiorari); *Wainwright* v. *Darden,* 469 U. S. 1202 (1985) (vacating and remanding 725 F. 2d 1526 (CA11 1984)), and because the issues raised in this application have been thoroughly